IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:22-cr-00077-JMC |
| | ) | |
| -vs- | ) | |
| | ) | MOTION FOR A CONTINUANCE |
| CHARLES CARLISLE PLUMLEY | ) | |
| | ) | |

Now comes the defendant, CHARLES CARLISLE PLUMLEY, by and through his appointed counsel, Mark C. McLawhorn, Assistant Federal Public Defender, who respectfully requests that the Court continue this case to the next scheduled term. Assistant United States Attorney Casey Rankin Smith consents to this motion to continue.

Mr. Plumley was arraigned on February 15, 2022. Defense counsel was appointed on February 15, 2022, after an arraignment hearing. Defense counsel filed motions for discovery on February 16, 2022. The defendant is in custody at Lexington County Detention Center.

Defense counsel needs additional time to review the discovery, conduct a thorough investigation, and review the discovery with the defendant. Additionally, a continuance would allow the parties more time to negotiate a resolution to the case.

Defense counsel represents to the Court that he has discussed this continuance with defendant and defendant consents to the continuance. Defendant acknowledges that he understands the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. § 3161, *et seq.*, The Speedy Trial Act.

Respectfully submitted,

s/MARK C. McLAWHORN
Mark C. McLawhorn, Fed. ID No. 11948
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina, 29201
T: 803-765-5087
F: 803-765-5084
Mark_mclawhorn@fd.org

I CONSENT:

COREY F. ELLIS
UNITED STATES ATTORNEY

By: s/CASEY RANKIN SMITH
    Assistant United States Attorney

Columbia, South Carolina

March 9, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 3:22-cr-00077-JMC |
| | ) | |
| vs. | ) | |
| | ) | **Defendant's Waiver of Speedy Trial** |
| CHARLES CARLISLE PLUMLEY | ) | **Rights and Consent to a Continuance** |
| | ) | |

Now comes the defendant, Charles Carlisle Plumley, who has discussed with counsel his rights under 18 U.S.C. § 3161, *et seq.*, The Speedy Trial Act, and the Motion for Continuance filed. For the reasons stated in the Motion for a Continuance, the defendant hereby waives his rights under the Speedy Trial Act and consents to a continuance of his case to the next term of court.

X _____
Charles Carlisle Plumley, Defendant

Date: 3/09/2022