IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:22-77-JMC |
|---|---|---|
| vs. | ) | |
| CHARLES CARLISLE PLUMLEY | ) | **ORDER** |

This matter comes before the Court upon motion of the Defendant for a continuance of this case until the June 2022 term of court. By requesting this continuance or consenting thereto the Defendant has waived his rights to a speedy trial.

The Court finds that this continuance will serve the interests of justice, and that those interests outweigh the interests of the Defendant and the public in a more speedy disposition of this case.

IT IS THEREFORE ORDERED that the case be continued until the June 2022 term of court.

IT IS FURTHER ORDERED that any periods of delay occasioned by the granting of this continuance are excludable under the provisions of Title 18, United States Code, Sections 3161(h)(8)(A).

IT IS SO ORDERED.

*J. Michelle Childs*

UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
Date: March 9, 2022