

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2022 FEB -2 AM 8: 22
UNITED STATES MARSHALS
COLUMBIA, SC

United States of America
v.

CHARLES CARLISLE PLUMLEY
a/k/a " Penguin"
*Defendant*

Case No. 3:22-cr-77

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHARLES CARLISLE PLUMLEY, a/k/a "Penguin",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violations of Title 18, United States Code, Sections 922(g)(1), 924(a)(2); 924(c)(1)(A)(i), 924(d)(1), 924(e);
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 853, 881; and
Title 28, United States Code, Section 2461(c)

Date: 2/1/22

City and state: Columbia, South Carolina

s/B. Goodman
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* FEB - 2 2022, and the person was arrested on *(date)* 2/14/2022
at *(city and state)* Columbia, SC

Date: 2/15/2022

CRFTF DUSM Dykes
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*

USCA4 15